## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MIKE TOWNSEND                                                     **PLAINTIFF**


VS.                                    **NO. 5:11CV00055 JMM**


BAYER CORPORATION
BAYER HEALTHCARE PHARMACEUTICALS, INC.          **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to compel.  (Docket # 35).  Plaintiff seeks to obtain

copies of certain documents to which the Defendants claim a privilege.  The Court has

reviewed the privilege log along with the documents *in camera*.  The Court finds that

Plaintiff's motion should be GRANTED IN PART AND DENIED IN PART.

The Court agrees with the Defendants that the documents appearing at exhibit

numbers 1-32, which have not been previously produced, are protected from discovery as

attorney-client communication.  Accordingly, Plaintiff's motion is denied as to exhibits

1-32.

The documents appearing at exhibits 33-68 are not protected from discovery.

Defendant claims that the documents are protected by both the attorney-client privilege

and work- product doctrine.  However, the documents appear to have been produced in

the normal course of business and not in anticipation of litigation.  There is no work-

product immunity for documents prepared in the regular course of business rather than

for purposes of litigation.  *Simon v. G.D. Searle & Co.*, 816 F.2d 397, 401 (8th Cir. 1987).

Further, these documents are not made privileged simply because they were provided to

or made by a lawyer.  Plaintiff's motion to compel is GRANTED as to exhibit numbers

33-68.

IT IS SO ORDERED this 31st day of August, 2012.


James M. Moody
United States District Judge