**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MIKE TOWNSEND**                                                                                          **PLAINTIFF**

**VS.**                                              **NO. 5:11CV00055 JMM**

**BAYER HEALTHCARE PHARMACEUTICALS, INC.**                    **DEFENDANT**

### JUDGMENT ON JURY VERDICT

This action came for trial October 29 - November 2, 2012 before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding. The issues having been duly tried, and after deliberating thereon, the jury returned verdicts on November 2, 2012.

The jury found in favor of Plaintiff, Mike Townsend on his claims against Defendant, Bayer Healthcare Pharmaceuticals, Inc. The jury found Plaintiff's lost wages and benefits from May 5, 2010 to August 15, 2012 to be $294,138.00; lost wages and benefits from August 15, 2012 through the date of the verdict to be $27,235.00 and other damages to be $568,000.00. Pursuant to 31 U.S.C. § 3730(h)(2) Plaintiff is entitled to two times the amount of back pay awarded along with interest on the back pay. Plaintiff is entitled to the amount of $812.75 as interest on the back pay.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Mike Townsend have and recover of and from Defendant, Bayer Healthcare Pharmaceuticals, Inc. the sum of $1,211,558.75, one million two hundred and eleven

thousand, five hundred and fifty-eight dollars and seventy-five cents, together with interest from this date until the date paid at the rate of .19% per annum. The Court will retain jurisdiction to consider the issues of reinstatement, front pay and attorneys fees.

Dated this 14th day of November, 2012.

_____
James M. Moody
United States District Judge