IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

Mike Townsend                                                                                    PLAINTIFF

vs.                                    CA No. 5:11-CV-55-JMM

Bayer Corporation;                                                                              DEFENDANTS
Bayer Healthcare Pharmaceuticals, Inc.

### PLAINTIFF'S MOTION TO ENFORCE JUDGMENT

COMES NOW, the Plaintiff, Mike Townsend, by and through his attorneys of record, and, pursuant to Rule 70 of the Federal Rules of Civil Procedure, for his motion to enforce the Court's order and judgment, states as follows:

1. As the Court is well aware, the jury in this matter found that Bayer unlawfully terminated Mike Townsend's employment because of his protected activities, in violation of the whistleblower protection provisions of the False Claims Act, 31 U.S.C. § 3730(h).  The jury awarded damages for back pay, and the Court entered its judgment on the jury's verdict on November 14, 2012. Docket # 114.  In its December 17, 2012, order, the Court also ordered Bayer to reinstate Mr. Townsend "at the same rate of pay and with the same seniority he held at the time" Bayer fired him.  Docket # 121.

2. The Plaintiff here moves the Court to enforce the Court's December 17th order of reinstatement.  Pursuant to Rule 70 of the Federal Rules of Civil Procedure, the Defendant should be compelled to comply with the Court's order of reinstatement immediately or be held in contempt of Court.

3. A brief is submitted herewith.

WHEREFORE, the Plaintiff respectfully requests that the Defendant be compelled to comply with the Court's order and for all other just and proper relief.

                Respectfully submitted,

                Mike Townsend

                By:   /s/ Brian D. Reddick
                    Brian D. Reddick (AR 94057)
                    Brent L. Moss (AR 95075)
                    **Reddick Moss, PLLC**
                    One Information Way, Suite 201
                    Little Rock, AR 72202
                    Telephone:   (501) 907-7790
                    Facsimile:    (501) 907-7793
                    brian@reddickmoss.com
                    brent@reddickmoss.com

                    and

                    Charles A. Banks (73004)
                    **Banks Law Firm, PLLC**
                    100 Morgan Keegan Drive, Ste. 100
                    Little Rock, Arkansas 72202
                    (501) 280-0100 (telephone)
                    (501) 280-0100 (facsimile)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 6, 2013, a true and correct copy of the foregoing was served electronically on the following counsel of record:

Michael A. Graziano
F. Joseph Nealon
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, D.C.  20006
Telephone: (202) 659-6606/6671
Facsimile: (202) 659-6699

 and

Edwin L. Lowther, Jr.
WRIGHT, LINDESY & JENNINGS, LLP
200 West Capitol Ave., Suite 2300
Little Rock, AR  72201-3699
Telephone: (501) 212-1294
Facsimile: (501) 376-9442
elowther@wlj.com

                                          /s/ Brian D. Reddick
                                        *Attorney for Plaintiff*